**FILED**

NOV 29 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TIMOTHY H. JOHNSON, <br><br> Petitioner-Appellant, <br><br> v. <br><br> SHERMAN HATCHER and ATTORNEY GENERAL FOR THE STATE OF NEVADA, <br><br> Respondents-Appellees. | No. 17-16747 <br><br> D.C. No. 3:92-cv-00372-MMD <br> District of Nevada, <br> Reno <br><br> ORDER |

Before: LEAVY and TALLMAN, Circuit Judge.

Appellant has filed a combined motion for reconsideration and motion for reconsideration en banc (Docket Entry No. 5).

The motion for reconsideration is denied, and the motion for reconsideration en banc is denied on behalf of the court. *See* 9th Cir. R. 27-10; 9th Cir. Gen. Ord. 6.11.

Appellant's motion for appointment of counsel (Docket Entry No. 4) is denied as moot.

No further filings will be entertained in this closed case.